***ROBERT L. ARLEO, ESQ.***
380 Lexington Avenue
17th Floor
New York, N.Y.  10168

Telephone: (212) 551-1115                                        Fax: (518) 751-1801
Email: r.arleo@verizon.net

                                                                 December 10, 2014

Honorable Vera M. Scanlon
U.S. Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

                    Re:  Oldak v. Credit Bureau of Napa County
                         <u>14-cv-02950 (FB)(VMS)</u>

Dear Magistrate Judge Scanlon:

   I am counsel for the Defendant named in the above-entitled action. I am pleased to advise Your Honor that the parties have agreed to an individual settlement of the above-entitled action. Thus, there is no need to advise Your Honor as to the status of discovery by the close of business today (as Your Honor previously ordered).

   The parties anticipate filing a stipulation of voluntary dismissal by the end of this month.

                                        Respectfully submitted,

                                        / s /  *Robert L. Arleo*

                                        Robert L. Arleo

RLA:gra
cc: Adam Fishbein, Esq.